IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**DALE ANTHONY MALCEVICZ**                                                                 **PLAINTIFF**

V.                           **CASE NO. 3:25-CV-3010**

**SHERIFF JOHN MONTGOMERY,**
Baxter County, Arkansas; and
**JAIL ADMINISTRATOR TABITHA MAZE,**
Baxter County Detention Center                                                              **DEFENDANTS**

### ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 7) filed in this case on March 24, 2025, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R by the deadline.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and this case is **DISMISSED WITHOUT PREJUDICE** due to Plaintiff's failure to comply with the Court's Local Rules and Orders and failure to prosecute this case.

**IT IS SO ORDERED** on this 11th day of April, 2025.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE